# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV08-1654 DOC(MANx) | | Date November 20, 2008 |
| Title CONSTANTINE PAPANICOLAOU, ET. AL., -V- MATTHEW B. LUXENBERG, ET. AL., | | |

Present: The Honorable   DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:    (In Chambers)    RE-ISSUANCE OF ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION


On June 2, 2008, Plaintiff filed the First Amended Complaint in this Action . No proof of service was ever filed, and Defendants have not responded.

On September 24, 2008, an Order to Show re: Dismissal for Lack of Prosecution was issued. A written response was due October 20, 2008 and a hearing on the Order to Show Cause was set October 27, 2008. It has come to the Court's attention that Plaintiffs' address was not listed on the docket and notice was not sent.

Accordingly, the Court extends the Order to Show Cause re: Dismissal until **December 5, 2008.** The Court hereby orders plaintiffs to show cause in writing no later than **December 5, 2008,** why this action should not be dismissed for lack of prosecution. The Order to Show Cause will stand submitted upon the filing of response by plaintiffs.

The Clerk shall serve this minute order on counsel for all parties in this action.


|  | : | 0 |
|---|---|---|
| | Initials of Preparer | kh |