JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CONSTANTINE PAPANICOLAOU, ET. AL. )
                                            ) No. CV08-1654DOC(MANx)
                                            )
                     Plaintiffs, ) ORDER DISMISSING CIVIL ACTION
                                            )
        v. )
                                            )
MATTHEW B. LUXENBERG, ET. AL., )
                                            )
                     Defendants. )

    The Court re-issued an Order to Show Cause re Dismissal for Lack of Prosecution on November 20, 2008. Plaintiffs were ordered to show cause in writing no later than December 5, 2008, why this action should not be dismissed for lack of prosecution. Plaintiff has failed to file any response to the Order to Show Cause.

    IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

    DATED: December 8, 2008

                                                                         DAVID O. CARTER
                                                   UNITED STATES DISTRICT JUDGE